UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**TIMOTHY WILCOX, SR.**  **CIVIL CASE NO. 2:24-CV-01309**

**VERSUS**  **JUDGE DAVID C. JOSEPH**

**LOTTE CHEMICAL USA CORP., ET AL**  **MAGISTRATE JUDGE THOMAS P. LEBLANC**

## JUDGMENT

Before the court is a REPORT AND RECOMMENDATION [Doc. 14] of the Magistrate Judge, recommending that LOTTE CHEMICAL USA CORPORATION AND LOTTE CHEMICAL LOUISIANA, LLC'S RULE 12(B)(6) MOTION TO DISMISS PLAINTIFF'S LOUISIANA WHISTLEBLOWER ACT CLAIM [Doc. 10.] be denied.

The REPORT AND RECOMMENDATION of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that that the MOTION TO DISMISS [Doc. 10] be **DENIED.**

THUS DONE AND SIGNED in Chambers on this 30th day of September.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE